ACCEPTED
03-14-00567-CR
7230740
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/5/2015 2:28:37 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00567-CR

| | | |
|---|---|---|
| ARTY PRICE | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| | | 3rd COURT OF APPEALS |
| | | AUSTIN, TEXAS |
| | | 10/5/2015 2:28:37 PM |
| VS. | * | OF THE THIRD |
| | * | SUPREME JUDICIAL  JEFFREY D. KYLE |
| | * | DISTRICT OF TEXAS  Clerk |
| | | |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN  TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Appellant, and files this Motion for an Extension in which to file the Appellant's Brief. In support of this motion, appellant shows the Court the following:

### I.

The Appellant was convicted in the District Court of Williamson County, Texas of the offense of aggravated assault. Appellant was assessed 65 years TDCJ.

### II.

The deadline for filing the Appellant's Brief is October 1, 2015 and Appellant has requested **four** previous extensions.

### III.

Attorney for the Appellant would further show the Court that he has been

diligent in preparing Appellant's brief in this case. Counsel has completed his review of the case, and has completed the brief. Counsel has filed the brief on the requested date.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing the Appellant's Brief to October 1, 2015.

Respectfully Submitted,

ARIEL PAYAN
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)
Arielpayan@hotmail.com

/s/ Ariel Payan

ARIEL PAYAN
State Bar No. 00794430

CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellate Brief has been delivered to the Criminal District Attorney of said County Texas, on October 5, 2015.